Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−17091−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin F. Kinckle
17 Betsy Ross Drive
Allentown, NJ 08501

Mary C Kinckle
17 Betsy Ross Drive
Allentown, NJ 08501

Social Security No.:
xxx−xx−6341                                            xxx−xx−1578

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on May 7, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 7, 2018
JAN: bwj

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 17-17091-CMG
Kevin F. Kinckle                                                    Chapter 13
Mary C Kinckle
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: May 07, 2018
                              Form ID: 148             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db/jdb         +Kevin F. Kinckle,   Mary C Kinckle,   17 Betsy Ross Drive,   Allentown, NJ 08501-1872
cr             +Four Seasons at Upper Freehold HOA,   c/o Stark & Stark, PC,   Attn: Melissa A. Volet, Esq.,
                 993 Lenox Drive,   Lawrenceville, NJ 08648-2316
516754598      +4 Seasons at Upper Freehold HOA,   Stark & Stark,   993 Lenox Drive,   Building 2,
                 Lawrenceville, NJ 08648-2316
516754599      +Aaron Bail Bonds,   90 Broadway, 2nd Fl,   Paterson, NJ 07505-1107
517014534      +BONY as trustee of CWABS, Inc. series 2004-11,   Shellpoint Mortgage Servicing,   PO BOX 10826,
                 Greenville, SC 29603-0826
516754600      +Bank of New York,   c/o Parker McCay,   9000 Midlantic Drive,   Suite 300,
                 Mount Laurel, NJ 08054-1539
516754607      +Monmouth Care Center,   c/o Laurie M. Fierro, PA,   135 Kinnelon Road, Suite 104,
                 Kinnelon, NJ 07405-2333
516754609       Shellpoint Mortgage Servicing,   Post Office Box 1619063,   Dallas, TX 75261
516754611      +Thomas Vigneault, Esq.,   90 Broadway, 3rd Fl,   Paterson, NJ 07505-1107
516993779      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516754601       EDI: CAPITALONE.COM May 08 2018 03:03:00     Capital One,   15000 Capital One Drive,
                 Richmond, VA 23238
516754602      +EDI: RMSC.COM May 08 2018 03:04:00     Care Credit,   PO Box 960061,   Orlando, FL 32896-0061
516754603      +E-mail/Text: bankruptcydept@wyn.com May 07 2018 23:47:32     Club Wyndham Plus,   PO Box 98940,
                 Las Vegas, NV 89193-8940
516754606       EDI: IRS.COM May 08 2018 03:04:00     Internal Revenue Service,   1111 Constitution Ave., N.W.,
                 Washington, DC 20224
516754608      +E-mail/Text: electronicbkydocs@nelnet.net May 07 2018 23:47:05     Nelnet,   121 S 13th St,
                 Lincoln, NE 68508-1922
517025346       EDI: PRA.COM May 08 2018 03:03:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
516875016       EDI: Q3G.COM May 08 2018 03:04:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516754610       EDI: RMSC.COM May 08 2018 03:04:00     Synchrony Bank,   Attn: Bankruptcy Dept.,
                 PO Box 965061,   Orlando, FL 32896-5061
516757282      +EDI: RMSC.COM May 08 2018 03:04:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516754612       EDI: TFSR.COM May 08 2018 03:03:00     Toyota Financial Services,   4 Gatehall Drive,
                 Suite 350,   Parsippany, NJ 07054
516754613       EDI: TFSR.COM May 08 2018 03:03:00     Toyota Motor Credit,   4 Gatehall Drive, Suite 350,
                 Parsippany, NJ 07054
516772720      +E-mail/Text: electronicbkydocs@nelnet.net May 07 2018 23:47:05
                 U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
516865902      +EDI: AIS.COM May 08 2018 03:03:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516754605*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   Attn: Special Procedures,
                 955 South Springfield Avenue,   PO Box 724, Bldg. A, 3rd Floor,   Springfield, NJ 07081)
516754604*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3           User: admin               Page 2 of 2              Date Rcvd: May 07, 2018
                               Form ID: 148              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Brian W. Hofmeister   on behalf of Debtor Kevin F. Kinckle bwh@hofmeisterfirm.com
          Brian W. Hofmeister   on behalf of Joint Debtor Mary C Kinckle bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Melissa A Volet, I    on behalf of Creditor   Four Seasons at Upper Freehold HOA
           mvolet@stark-stark.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
           York, as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series
           2004-11 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
           New York, as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series
           2004-11 ecf@powerskirn.com
                                                                                             TOTAL: 10
```